GEORGE F. HARRIMAN et al., Respondents, *v.* MATTHEW BAIRD, Appellant.

Reported below, 6 App. Div. 518.
(Argued November 30, 1896; decided December 8, 1896.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, rendered at the June term, 1896, which affirmed a judgment in favor of plaintiff entered upon the report of a referee. The motion was made upon the ground that no question of law is involved, and the findings of fact below have been upheld by the Appellate Division by an unanimous decision that they were sustained by the evidence.

*Harriman & Fessenden,* respondents in person, for motion.

*Fettretch, Silkman & Seybel* opposed.

Motion denied, with costs.

---

HENRY C. HOPKINS, Respondent, *v.* JAMES F. A. CLARK et al., Appellants.

Reported below, 7 App. Div. 207.
(Argued November 30, 1896; decided December 8, 1896.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 12, 1896, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial. The motion was made upon the ground that no questions of law are raised by the appellants' exceptions which can be reviewed by the Court of Appeals.

*Edgar J. Nathan* for motion.

*John W. Houston* opposed.

Motion denied, with costs.